# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lloyd Lacambacal,<br><br>              Plaintiff,<br><br>v.<br><br>Desteney Vasquez, et al.,<br><br>              Defendants. | Case No. 2:24-cv-01759-GMN-DJA<br><br>**Report and Recommendation** |

On September 30, 2024, the Court granted Plaintiff's application to proceed *in forma pauperis*, dismissed Plaintiff's complaint, and gave Plaintiff until October 30, 2024, to file an amended complaint. (ECF No. 4). In doing so, the Court warned Plaintiff that "[f]ailure to comply with this order will result in the recommended dismissal of this case." (*Id.* at 4). To date, Plaintiff has not filed an amended complaint. Accordingly, the Court recommends dismissal of this case without prejudice. A dismissal without prejudice allows Plaintiff to refile a case with the Court, under a new case number.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

# NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the

1  objectionable issues waives the right to appeal the District Court's order and/or appeal factual
2  issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991);
3  *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: January 6, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE